■ In the Matter of NED S. BOROWSKY (Admitted as NED SAMUEL BOROWSKY), a Suspended Attorney. [637 NYS2d 930] —Motion to confirm the Hearing Panel's findings of fact and

conclusions of law granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York effective February 1, 1996. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Wallach and Kupferman, JJ.